861 A.2d 891

COMMONWEALTH of Pennsylvania, Respondent,

v.

Anthony WILLIAMS, Petitioner.

Supreme Court of Pennsylvania.

Nov. 17, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of November, 2004, the Petition for Allowance of Appeal is hereby granted, the order of the Superior Court is vacated, and the case is remanded to the Superior Court for consideration of this Court's decision in *Rossi v. Commonwealth of Pennsylvania, Dep't of Transp.,* 580 Pa. 238, 860 A.2d 64 (2004).